IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

LINDA SINOWITZ,

    Plaintiff,

v.

THE TJX COMPANIES, INC., d/b/a
TJ Maxx,

    Defendant.

Case No.: 2:14 CV 123

FILED
MAR 25 2014
CLERK, US DISTRICT COURT
NORFOLK, VA

## PETITION FOR REMOVAL

NOW COMES Petitioner, the TJX Companies, Inc., (hereinafter "TJX" or "Defendant"), by and through its attorneys, Bonner Kiernan Trebach & Crociata, LLP, and states as follows:

1. Petitioner is the Defendant in the captioned litigation.

2. This action was instituted by Plaintiff against the Defendant by the filing of the Complaint on the 5th day of February, 2014, and the action is now pending in the Circuit Court of Virginia for the City of Norfolk, At Law Number: CL14-775. Defendant was served with the Complaint on the 28th day of February, 2014.

3. Upon information and belief, at the time of the commencement of the action, the Plaintiff was a citizen of the Commonwealth of Virginia. *See Complaint*, ¶ 1.

4. At the time of the commencement of the action Defendant TJX Companies, Inc. was and is a corporation organized and incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Massachusetts.

291127

5. The amount sued for by Plaintiff is in excess of seventy-five thousand dollars USD ($75,000.00) in that Plaintiff seeks "the sum of One Million Dollars ($1,000,000.00)." *See Complaint,* attached hereto as Exhibit 1.

6. This civil action involves a dispute between parties of diverse jurisdictions and is subject to the original jurisdiction of the District Court of the United States pursuant to 28 U.S.C. §§ 1332 and 1441.

7. Petitioners file herewith the Complaint filed by Plaintiff as part of this Petition.

WHEREFORE, Petitioner prays this case be removed to the United States District Court for the Eastern District of Virginia, Norfolk Division.

Dated: March 21, 2014     **BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Heather S. Deane, Esquire
Virginia bar number: 41895
Attorney for The TJX Companies, Inc.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
hdeane@bonnerkiernan.com

291127

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Petition for Removal was mailed first-class, postage prepaid, this 21st day of March 2014 to:

Daniel M. Schieble, Esq.
Pender & Coward, P.C.
222 Central Park Avenue, #400
Virginia Beach, VA 23462
757-490-6262
757-502-7356 (facsimile)
Counsel for Plaintiff

Richard J. Conrod, Sr., Esq.
Scott K. O'Brien, Esq.
Conrod & Company
101 North Lynnhaven Road, #104
Virginia Beach, VA 23452
757-486-8700
757-486-4858 (facsimile)
Of Counsel for Plaintiff

/s/ Heather S. Deane

Heather S. Deane, Esquire
Virginia bar number: 41895
**Counsel for Defendant TJX Companies, Inc.**
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
hdeane@bktc.net

291127