IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| LINDA SINOWITZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 2:14cv123 |
| | : | |
| THE TJX COMPANIES, INC., d/b/a, | : | |
| TJ Maxx | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SETTLEMENT

Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled with a dismissal order to be filed within 11 days.

Respectfully submitted this 3rd day of July, 2014.


Dated:   July 3, 2014             LINDA SINOWITZ

                                  By:   /s/ *Anne C. Lahren*
                                         Of Counsel

Daniel M. Schieble, Esquire
Virginia State Bar No. 23503
***Pender & Coward, P.C.***
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026
(757) 490-6262 – Telephone
(757) 497-1914 – Facsimile
Email: dschiebl@pendercoward.com
*Counsel for Linda Sinowitz*

Anne C. Lahren, Esquire
Virginia State Bar No. 73125
***Pender & Coward, P.C.***
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026

(757) 490-6293 – Telephone
(757) 497-1914 – Facsimile
E-Mail: alahren@pendercoward.com
*Counsel for Linda Sinowitz*

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2014 I will electronically file the foregoing *NOTICE OF SETTLEMENT* with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Heather S. Deane, Esquire
Virginia State Bar No. 41895
***Bonner Kiernan Trebach & Crociata, LLP***
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 712-7000 – Telephone
(202) 712-7100 – Facsimile
E-Mail: hdeane@bonnerkiernan.com
*Counsel for Defendant TJX Companies, Inc.*


    /s/ *Anne C. Lahren*
Anne C. Lahren, Esquire
Virginia State Bar No. 73125
***Pender & Coward, P.C.***
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462-3026
(757) 490-6293 – Telephone
(757) 497-1914 – Facsimile
E-Mail: alahren@pendercoward.com
*Counsel for Linda Sinowitz*